MARGARET GODFREY et al., Appellants, v ANDREW J. SPANO et al., Respondents. NEW YORK STATE COMPTROLLER, Intervenor-Respondent.

Submitted September 14, 2009; decided September 17, 2009

Reported below, 57 AD3d 941.

Motion by New Yorkers for Constitutional Freedoms for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of DANIEL GOLDSTEIN et al., Appellants, v NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Doing Business as EMPIRE STATE DEVELOPMENT CORPORATION, Respondent.

Submitted September 14, 2009; decided September 17, 2009

Reported below, 64 AD3d 168.

Motion by Institute for Justice for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.